Motion for Violation of Stay:  Case #: 24-70036

I, David Ernest Marshall, appeared this day ( 01/19/2024) in Radford VA Circuit court before judge Josiah T. Showalter jr.

I argued that my creditors ; Richard Isbell, Edward Martin, and Ronald Dameron were bound by the bankruptcy court to delay any finding concerning my residence at 1511B 5th St Radford VA until at least the hearing results from the Bankruptcy court were given.

The judge told me that he did not understand Federal Bankruptcy laws regarding stays and I was given 7 days from today to surrender my residence.

Therefore, I request that the Bankruptcy court of Western VA overrule thus judge's decision. Ignorance of the law is now excuse.

Truly,

David Ernest Marshall

1511 B 5th St Radford VA 24141

540-744-5318

SS: 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

